# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SOPHEAP LIM<br><br>Plaintiff,<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | NO. C19-239-RSM<br><br>ORDER AWARDING ATTORNEYS FEES UNDER EQUAL ACCESS TO JUSTICE ACT |

The COURT having reviewed plaintiff's motion for award of attorney's fees and supporting documents pursuant to the Equal Access to Justice Act, 28 USC §§2412, and all responding pleadings from the Commissioner and plaintiff, and being fully advised, and finding that the ALJ's decision in this matter was not substantially justified , it is hereby ORDERED that attorney fees in the total amount of $4,534.35 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Joseph L. Koplin.

ORDER AWARDING EAJA FEES - 1

**KOPLIN LAW, LLC**
8512 122nd Avenue NE Suite 315
Kirkland, WA 98033-5831
W: (206) 960-4500 / F: (206)- 641-9628

Whether the check is made payable to Plaintiff, or to Joseph L. Koplin, the check shall be mailed to Joseph L. Koplin at the following address:

> Joseph L. Koplin
> Koplin Law LLC
> 8512 122nd Avenue NE, Suite 315
> Kirkland, WA 98033-5831

DATED this 17th day of January 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE